UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLYNT JULES LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD YOUNG, MIKE HICKS,<br>MELINDA FIELDS, STEVEN CAGLE, and<br>DONALD N. SNYDER,<br><br>    Defendants. | Case No. 02-cv-281 -JPG |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court, the issues having been heard, and the Court have rendered a decision,

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Donald Young, Mike Hicks, Melinda Fields, Steven Cagle, and Donald N. Snyder, and against plaintiff Flynt Jules Lee on all claims and that the claims are dismissed with prejudice.

**DATED:** October 4, 2007.

                                                                                         NORBERT G. JAWORSKI, CLERK

                                                                                        S/Brenda K. Lowe<br>
                                                                                        Deputy Clerk

**APPROVED:**  s/ J. Phil Gilbert
                    **U.S. District Judge**